1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TAM TRAN,

                    Plaintiff,

        v.

UNITED STATES DEPARTMENT OF
JUSTICE,

                    Defendant.

CASE NO. 3:23-cv-05149-BHS

ORDER ADOPTING REPORT AND
RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge David W. Christel's

Report and Recommendation ("R&R"), Dkt. 5, recommending that the Court deny pro se

Plaintiff Tam Tran's application to proceed *in forma pauperis* and dismiss the case with

prejudice without leave to amend as frivolous and without merit.

This case is one of more than 20 substantially similar cases Tran has filed in this

district, this year. It, like the others, contains no factual allegations and no legal theory of

liability. Instead, it asserts only that "Equal Justice Under Law No one above the Law.

Judge John P Hagensen Breaking Title VI of the Civil Rights Act of 1964 but DOJ no

ORDER - 1

investigation & prosecutor DOJ protect the Judge no protect the law." Dkt. 1-1 at 5. Tran

seeks $10 billion and asks the Attorney General to resign. *Id*.

The R&R thoroughly catalogues the deficiencies in this case, which are also

present in all of Tran's other cases. Dkt. 5. It recommends dismissal with prejudice and

without leave to amend, and the denial of *in forma pauperis* status in the event of appeal.

Tran has not objected to the R&R, and it is ADOPTED.

Tran's application to proceed *in forma pauperis* is DENIED, and he shall not have

that status in the event of an appeal. The matter is DISMISSED with prejudice and

without leave to amend.

Furthermore, Tran's practice of filing repetitive, facially frivolous complaints,

seeking to proceed *in forma pauperis*, and refusing to amend his complaint is abusive and

vexatious. If he continues to do so, he may be subject to a bar order, precluding him from

filing additional cases in this District without prior court approval. 28 U.S.C. § 1915(g);

*see also, e.g.*, *McGlown v. United States Dep't of Com.*, No. 23-cv-0049 TL, 2023 WL

1778934, at *3 (W.D. Wash. Feb. 6, 2023).

The Clerk shall enter a JUDGMENT and close the case.

IT IS SO ORDERED.

Dated this 31st day of March, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge